*E-Filed 10/20/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TEODORICO ANGELES,

      Plaintiff,

v.

MONUMENTAL LIFE INSURANCE COMPANY,

      Defendant.

_____/

No. C 09-04119 RS

**ORDER SETTING CONSENT/DECLINATION DEADLINE**

Defendants have filed a motion to remand, docket [8] in the above-captioned matter. This motion is noticed for hearing on November 18, 2009, at 9:30 a.m. In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than November 2, 2009.

IT IS SO ORDERED.

Dated: 10/20/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

1

No. C 09-04119 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE